UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00521-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT J. WATKINS, | ) | DATE:  December 16, 2021 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00521-CKD is GRANTED.

It is further ordered that the status conference scheduled on December 16, 2021, is vacated.

IT IS SO ORDERED.

Dated:  December 15, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE